# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2009

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

139820

ROBERT D. ROBINSON,
          Plaintiff,

v

GENERAL MOTORS CORPORATION,
          Defendant-Appellant,
and

SECOND INJURY FUND,
          Defendant-Appellee.

SC: 139820
COA: 285643
WCAC: 06-000253

_____/

     On order of the Court, the application for leave to appeal the September 10, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2009 _____
                                              Clerk

1214